B3B (Official Form 3B) (11/11) -- Cont.

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re: Shannon Curry    Case No. 13-83395
Debtor(s)

### SUPPLEMENTAL
### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

  This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

  The debtor shall pay the chapter 7 filing fee according to the following terms:

  $ 76.50    on or before   10/23/2013

  $ 76.50    on or before   11/22/2013

  $ 76.50    on or before   12/23/2013

  $ 76.50    on or before   01/23/2014

  Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

  IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

  A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ am/pm at _____.
  (address of courthouse)

  IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: OCT 16 2013

BY THE COURT:
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

RE:  **Shannon K. Curry,**
     Case No. 13-83395

I certify that on October 16, 2013 I caused a copy of the attached **Supplemental Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee** to be served on the following parties via the Court's electronic notification system or via First Class Mail(*):

Shannon K Curry **
2906 Charles St.
Apt. A
Rockford, IL 61108

James E Stevens
Barrick, Switzer, Long, Balsley
& Van Evera
6833 Stalter Drive
Rockford, IL 61108

Patrick S Layng
Office of the U.S. Trustee, Region 11
780 Regent St.
Suite 304
Madison, WI 53715


_____
Mimi Kuczynski, Courtroom Deputy